IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KATIE DICKERSON,

          Case No. 2:12-cv-12358

v.

          Hon. Robert H. Cleland

LAW OFFICES OF MICHAEL F.
MCGUIGAN, P.C.,

      Defendants.
_____/

| | |
|---|---|
| Brian P. Parker (P48617) | Randall J. Groendyk (P37196) |
| Law Offices of Brian P. Parker, P.C. | VARNUM |
| Attorneys for Plaintiff | Attorneys for Defendant McGuigan Law Office, LLC |
| 30600 Telegraph Road, Suite 1350 | |
| Bingham Farms, MI 48025 | Bridgewater Place, P.O. Box 352 |
| (248) 642-6268 | Grand Rapids, MI 49501-0352 |
| | (616) 336-6000 |

## ORDER SETTING ASIDE DEFAULT

At a session of said Court, held in the United States District Court, Eastern District of Michigan this 19th day of September, 2012.

PRESENT:    Hon. Robert H. Cleland
                   US District Court Judge

A Default having been entered against Defendant on July 12, 2012, and Defendant having filed a Motion to Set Aside Entry of Default, and Plaintiff having filed a Motion for Default Judgment, and pursuant to the stipulation of the parties,

IT IS ORDERED that the Default entered by this Court on July 12, 2012, shall be and the same hereby is set aside.

IT IS FURTHER ORDERED that Defendant's Motion to Set Aside Entry of Default and Plaintiff's Motion for Default Judgment shall be and the same hereby are WITHDRAWN.

                                      s/Robert H. Cleland
                                      Hon. Robert H. Cleland
                                      US District Court Judge

APPROVED FOR ENTRY:

Dated:  September 12, 2012		VARNUM
					Attorneys for Defendant

					By: /s/ Randall J. Groendyk
						Randall J. Groendyk (P37196)
					Business Address and Telephone:
						Bridgewater Place, P.O. Box 352
						Grand Rapids, MI  49501-0352
						(616) 336-6000
						rjgroendyk@varnumlaw.com

Dated:  September 12, 2012		LAW OFFICES OF BRIAN P. PARKER, P.C.
					Attorneys for Plaintiff

					By: /s/ Brian P. Parker
						Brian P. Parker (P48617)
					Business Address and Telephone:
						30600 Telegraph Road, Suite 1350
						Bingham Farms, MI  48025
						(248) 642-6268

5484573_1.DOC