UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATIE DICKERSON,

    Plaintiff,

v.                                                                                    Case No. 12-12358

LAW OFFICES OF MICHAEL
MCGUIGAN, P.C.,

    Defendant.
                                                    /

**ORDER SUSPENDING CONSIDERATION OF MOTION
AND SETTING STATUS CONFERENCE**

    Plaintiff moved to compel Defendant's response to interrogatories. During a February 14, 2013, telephone conference, the court informed the parties that it will suspend consideration of Plaintiff's motion pending a prompt and vigorous effort by Defendant to provide Plaintiff the responses or documents she seeks.

    If, after collaborating, the parties continue to contest Plaintiff's motion, they will confer and determine precisely what discovery remains disputed and outstanding. The parties should be prepared to update the court and, if necessary, describe their remaining discovery dispute during a status conference on **February 28, 2013, at 2:30pm**.

    IT IS SO ORDERED.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 21, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 21, 2013, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522