**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KATIE DICKERSON,

    Plaintiff,

v.                                          Case No.  12-12358

LAW OFFICES OF MICHAEL
MCGUIGAN, P.C.,

    Defendant.
                                             /

**ORDER SETTING TELEPHONE CONFERENCE**

A February 21, 2013, order suspends consideration of a discovery motion by Plaintiff and directs the parties to work to resolve their discovery dispute.  On March 7, 2013, Plaintiff submitted a second motion, requesting roughly the same information as the first.  During a March 21, 2013, telephone conference, the court's staff directed the parties to continue to negotiate their dispute.  Accordingly,

IT IS ORDERED that the parties will confer on Thursday morning, March 28, 2013.  If the parties fail to come to terms at their conference, they will determine the course of judicial action that will most efficiently resolve their dispute, which course they will propose during a telephone conference with the court on **April 4 at 9:30 am.**  The deadline for Defendant to respond to Plaintiff's second discovery motion will, if

necessary, be re-set at the April 4 telephone conference. Any paper submitted before April 5 will be stricken.

                                    s/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated: March 25, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 25, 2013, by electronic and/or ordinary mail.

                                    s/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522