**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KATIE DICKERSON,

    Plaintiff,

v.                                                       Case No. 12-12358

LAW OFFICES OF MICHAEL
MCGUIGAN, P.C.,

    Defendant.
                                              /

**ORDER CLOSING THE CASE AND SCHEDULING BRIEFING**

The parties reported during an April 11, 2013, telephone conference that Plaintiff has accepted an offer of judgment. The parties' terms include a reasonable attorney's fee, to be determined. Accordingly,

IT IS ORDERED that each pending motion [Dkts. ## 22, 29] is TERMINATED and the case is CLOSED. Defendant will promptly file both its offer of judgment and Plaintiff's response.

IT IS FURTHER ORDERED that by **April 26, 2013**, Plaintiff may file an itemized and sworn claim for an attorney's fee. In the absence of agreement with Plaintiff's proffered fee, Defendant may respond with reasoned opposition by **May 10, 2013**.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: April 12, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 12, 2013, by electronic and/or ordinary mail.

                                             s/Lisa Wagner  
                                            Case Manager and Deputy Clerk  
                                            (313) 234-5522